**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**DELROY JOHNSON**                                                      **PLAINTIFF**

**v.**                                              **CAUSE NO: 1:24-cv-00222-HSO-BWR**

**SABIC INNOVATIVE PLASTICS US, LLC; WORLEY;**
**WORLEY PLANT SERVICES, LLC; ALBERT RAGASS**
**[sic]; and JOHN DOES 1-10**                                          **DEFENDANTS**

---

**STIPULATION OF DISMISSAL OF WORLEY PLANT SERVICES LLC**

---

COME NOW, Plaintiff Delroy Johnson and CAM Plant Services LLC f/k/a Worley Plant Services LLC, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) to stipulate that the named defendant Worley Plant Services LLC is dismissed from this case without prejudice.

Respectfully submitted, this the 18th day of October 2024.

| | |
|---|---|
| /s/ Terris Harris | /s/ Reed Martz |
| Terris C. Harris, J.D., LL.M. \| MSB# 99433 | M. Reed Martz, MS Bar No. 101443 |
| The Cochran Firm-Jackson | Freeland Martz, PLLC |
| 197 Charmant Place, Suite 2 | 302 Enterprise Dr., Ste. A |
| Ridgeland, MS 39157 | Oxford, MS 38655 |
| tharris@cochranfirmjackson.com | (662) 234-1711 |
| Counsel for Plaintiff Delroy Johnson | reed@freelandmartz.com |
| | Attorney for Defendant Worley Plant Services, LLC |
| | |
| Warren L. Conway, MS Bar #: 6408 | /s/ Kay Barnes Baxter |
| Warren Conway & Associates, PLLC | Kay B. Baxter (LSBA No. 22938) |
| 1600 24th Avenue, Suite B | Daphne M. Lancaster (LSBA No. 34630) |
| Post Office Box 757 | 201 St. Charles Avenue, Suite 2500 |
| Gulfport, MS 39502-0757 | New Orleans, LA 70170 |
| warren@warrenconwaylaw.com | kbaxter@grsm.com |
| Co-Counsel for Plaintiff Delroy Johnson | dlancaster@grsm.com |
| | Counsel for SABIC Innovative Plastics US, LLC |