## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

December 12, 2024

ARTHUR JOHNSTON
CLERK OF COURT

Arthur_Johnston@mssd.uscourts.gov

501 E. Court St., Suite 2.500
Jackson, MS  39201

TELEPHONE
601-608-4010

**Divisions**

SOUTHERN at Gulfport
2012 15th St., Suite 403, ZIP 39501

EASTERN at Hattiesburg
701 Main St., Suite 200, ZIP 39401

JACKSON & WESTERN at Jackson
501 E. Court St. Ste 2.500, ZIP 39201

Hon. Kendra Necaise
Circuit      Clerk of    Hancock     County
152 Main Street, Suite B
Bay St. Louis, MS  39520

RE:    *Delroy Johnson vs SABIC Innovative Plastics US, LLC et al*
        Our Case No. 1:24cv222 HSO-BWR
        Your Case No. 23CI1:24cv34

Dear Honorable Necaise,

Pursuant to 28 U. S. C. § 1447(c), enclosed herewith please find a certified copy of an order of remand entered on         12/12/24         in the above-captioned case on the docket of our court.   Also enclosed is a certified copy of our docket sheet.

Please indicate your receipt of these documents by completing the acknowledgment on the copy of this letter and returning it to us via the enclosed SASE.

Should you have any questions please contact our office at 228-563-1700      .

Sincerely Yours,

**ARTHUR JOHNSTON, CLERK**  By: _____, D. C.

## *ACKNOWLEDGEMENT OF RECEIPT*

*I hereby acknowledge receipt of the documents referred to above on this the ____ day of _____, 20____.*

*CIRCUIT      CLERK OF    HANCOCK     COUNTY*
*By: _____ , D. C.*                                    **SEAL**